**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Hilton Wilson
Camp D Falcon 3 DOC No. 409905
Louisiana State Prison
Angola La 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on May 31, 2023

**REHEARING ACTION: May 31, 2023**

**Docket Number: 23   00077-KH**

**STATE OF LOUISIANA**
**VERSUS**
**HILTON WILSON**

**Writ Application from Evangeline Parish Case No. 101973**

**BEFORE JUDGES:**

  **Hon. D. Kent Savoie**
  **Hon. Charles G. Fitzgerald**
  **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Hilton Wilson** is:

  **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent